**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 20-cv-00328-CMA-STV

MANUEL JOSEPH MCGEE,

    Plaintiff,

v.

GABRIEL PACHECO, *Correctional Officer*, and
PAMELA JONES, *Medical Nurse*;

    Defendants.

---

**ORDER GRANTING DEFENDANTS' PARTIAL MOTION TO DISMISS**

---

This matter is before the Court on Defendants Gabriel Pacheco and Pamela Jones' Motion to Dismiss in Part Plaintiff's Amended Complaint. (Doc. # 45.) At a Scheduling Conference before Magistrate Judge Varholak, Plaintiff Manuel McGee indicated that he does not intend to file a Response to the Motion and does not oppose it. *See* (Doc. # 66). For the following reasons, the Motion is granted.

## I.    ANALYSIS

Plaintiff is an inmate who initiated this case pursuant to 42 U.S.C. § 1983, alleging several violations of his constitutional rights while he was detained at the San Carlos Correctional Facility. In his Amended Complaint, Plaintiff indicted that he is seeking monetary and injunctive relief against Defendants in their official and individual capacities. (Doc. # 17 at 5, 29.)

"Suits against state officials in their official capacity . . . should be treated as suits against the State." *Hafer v. Melo*, 502 U.S. 21, 25 (1991). Such suits are equivalent to suits against a public entity and are barred. *Will v. Mich. Dep't of State Police*, 491 U.S. 58, 71 (1989). Therefore, Defendants, in their official capacities, are immune from claims for monetary and declaratory relief under the Eleventh Amendment. *White v. Colorado*, 82 F.3d 364, 366 (10th Cir. 1996).

## II.  CONCLUSION

Based on the foregoing, Defendants' Partial Motion to Dismiss (Doc. # 45) Plaintiff's claim against Defendants in their official capacities is GRANTED. It is

FURTHER ORDERED that Plaintiff's claims against Defendants in their individual capacities remain pending.

DATED: June 30, 2020

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge

2